DOA: 10-27-23

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Manuel TAMAYO-Paco,<br><br>Defendant. | Case No.  23-mj-08820-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 27, 2023, within the Southern District of California, defendant, Manuel TAMAYO-Paco, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
MIGUEL FLORES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 this 30th day of October, 2023.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Manuel TAMAYO-Paco

PROBABLE CAUSE STATEMENT

I, Border Patrol Agent John A. Valdez, declare under penalty of perjury, the following is true and correct:

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) F. Carrizosa that defendant, Manuel TAMAYO-Paco (TAMAYO), attempted to enter the United States and was arrested on October 27, 2023, in Calexico, California.

On October 27, 2023, Border Patrol Agent R. Daniels was performing his Border Patrol duties approximately 3 miles west of the Calexico, California Port of Entry. At around 1:40 AM, BPA Daniels encountered a group of four individuals near the border fence, south of Rochas Trucking. The four subjects were approximately 20 yards north from the United States/Mexico International Boundary. As BPA Daniels approached the subjects, he identified himself as United States Border Patrol Agent. During the encounter, one of the subjects that was later identified as Manuel TAMAYO-Paco, pushed BPA Daniels away in an attempt to abscond. After struggling with TAMAYO for a few minutes, BPA Daniels affected the arrest of TAMAYO. BPA Daniels then placed the three other subjects under arrest for their illegal entry.

Once the subjects were secured, BPA Daniels determined that TAMAYO was a citizen of Mexico without the legal documents that would allow him to enter, work or

reside in the United States. BPA Daniels arranged for TAMAYO and the three other subjects to be transported to the El Centro Border Patrol Station for further processing.

Record checks revealed TAMAYO was ordered removed by a designated official on September 19, 2016. TAMAYO was last removed from the United States to Mexico on May 14, 2021, through Calexico, California.

There are no records showing TAMAYO has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

Executed on October 27, 2023, at 5:15 p.m.

*John A. Valdez*
John A. Valdez
Border Patrol Agent

On the basis of the facts presented in the Probable Cause Statement consisting of two pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offenses on October 27, 2023, in violation of Title 8, United States Code 1326.

*David Leshner*
Hon. David D. Leshner
United States Magistrate Judge

October 27, 2023 at 5:25 p.m.
_____
Date/Time